UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IAN BAUSER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PORSCHE CARS NORTH AMERICA, INC.,<br><br>Defendant. | Case No: 1:23-cv-01054-ELR |

## ORDER

Before the Court is the Parties' Joint Motion for Extension of Time to Complete Discovery [Doc. 58]. For good cause shown, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Joint Motion is GRANTED. The deadlines in the Scheduling Order [Doc. 50] are adjusted as follows:

| Event or Filing Due | Previous Deadline | New Deadline |
|---|---|---|
| Fact discovery closes | January 8, 2025 | June 9, 2025 |
| Affirmative expert disclosures and any associated written expert reports | February 10, 2025 | July 10, 2025 |
| Responsive expert disclosures and any associated written expert reports | March 10, 2025 | August 7, 2025 |
| Rebuttal expert disclosures and any associated written expert reports | April 3, 2025 | September 2, 2025 |
| Expert discovery closes | April 24, 2025 | September 23, 2025 |
| Any motions for summary judgment and for class certification | May 7, 2025 | October 6, 2025 |

| Responses to any motions for summary judgment and for class certification | June 5, 2025 | November 4, 2025 |
| Any Daubert motions associated with motions for summary judgment and for class certification | June 5, 2025 | November 4, 2025 |
| Replies in support of any motions for summary judgment and for class certification | July 2, 2025 | December 2, 2025 |
| Reponses in opposition to any Daubert motions | July 2, 2025 | December 2, 2025 |
| Replies in support of any Daubert motions | July 16, 2025 | December 16, 2025 |

SO ORDERED this 19th day of November, 2024.

_____
Hon. Eleanor L. Ross
United States District Court Judge